UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DOYLE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 13-12916

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9]**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [13]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation,[1] in accordance with 28 U.S.C. § 636(b)(1), the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment [9] is DENIED, Defendant's motion for summary judgment [11] is GRANTED, the findings of the Commissioner are AFFIRMED, and the case is hereby DISMISSED.

    SO ORDERED.

                                                S/Nancy G. Edmunds
                                                Nancy G. Edmunds
                                                United States District Judge

---

[1] Timely objections were not filed.

Dated: August 18, 2014

    I hereby certify that a copy of the foregoing document was served upon counsel of record on August 18, 2014, by electronic and/or ordinary mail.

                                           S/Carol J. Bethel  
                                           Case Manager